1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   BEHZAD TALAI MOFRAD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-00232 YGR |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BOND CONDITIONS |
| v. | |
| BEHZAD TALAI MOFRAD, | |
| Defendant. | |

Mr. Mofrad is charged by information with violations of 18 U.S.C. 1343 (wire fraud) and 18 U.S.C. § 1028A (aggravated identity theft). Mr. Mofrad was released on a $75,000 unsecured bond to the supervision of Pretrial Services on December 5, 2012. Among the conditions of Mr. Mofrad's release is the requirement that he submit to location monitoring and remain confined to his home with the exception of work, school, medical and legal appointments, and court.

Mr. Mofrad is gainfully employed and has been complying with all of the conditions of his release since December 5, 2012. Therefore, the parties stipulate and agree to a modification of Mr. Mofrad's conditions of pre-trial release to order that he be placed on location monitoring with a

curfew, the hours of which will be determined by Pretrial services. Pretrial Services Officer Victoria Gibson, who is supervising Mr. Mofrad, is agreeable to the modification.

DATED: April 12, 2013 /S/
RODNEY VILLAZOR
Special Assistant United States Attorney

DATED: April 12, 2013 /S/
ELLEN LEONIDA
Assistant Federal Public Defender

**ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the condition of Behzad Mofrad's pre-trial release be modified to place Mr. Mofrad on location monitoring with a curfew, the hours of which will be determined by Pretrial Services.

IT IS SO ORDERED.

DATED: 4/12/13

HON. KANDIS WESTMORE
United States Magistrate Judge

CR 13-232 YGR
Stipulation and [Proposed] Order Modifying
Bond Conditions            2